UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| R.L. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-0848 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MEMORANDUM OPINION

        Plaintiff R.L. Brooks, proceeding *pro se*, claims in his complaint that the defendant, the United States Department of Agriculture, discriminated against him on the basis of race in denying him agricultural loans in 1981 and 1982.  See Complaint at 7-8.  On August 30, 2010, the USDA moved to dismiss the complaint, arguing that plaintiff's own factual allegations demonstrated that his claims are untimely.  On October 29, 2010, the Court issued an Order advising Mr. Brooks that he was required to respond to the motion, and that the Court would grant the motion as conceded and dismiss the complaint if he failed to respond.

        Mr. Brooks did not respond.  The Court's October 29, 2010 Order, which had been mailed to Mr. Brooks' address of record, was returned as "undeliverable" in November 2010.  Almost two months later, Mr. Brooks advised the Court that he had changed his mailing address.  The Court's October 29, 2010 Order was then sent to the plaintiff's new address on February 28, 2011.  Mr. Brooks has nevertheless failed to respond to the defendant's motion to

dismiss his complaint.  Consequently, the Court will grant the motion as conceded, and Mr. Brooks' complaint will be dismissed.  See Loc. Civ. R. 7(b).

An Order consistent with this Memorandum Opinion shall be issued this same day.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 27, 2011